PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

**Western District of Texas**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Mario Aldo Sauceda                                   Case Number:  7:23-CR-00185-001

Name of Sentencing Judicial Officer:  Honorable John Edwards Conway, Senior U.S. District Judge

Date of Original Sentence:  October 12, 2010

Original Offense:  Conspiracy to violate, in violation of 21 U.S.C. Sec. 841(b)(1)(C), and 846; Enhancement Information, in violation of 21 U. S. C. Sec. 851

Original Sentence:  188 months imprisonment, followed by 6 years supervised release

Type of Supervision:  Supervised Release          Date Supervision Commenced:  September 12, 2022

Assistant U.S. Attorney:  Aaron O. Jordan          Defense Attorney:  Thomas Wright

**PREVIOUS COURT ACTION**

On October 24, 2023, the Western District of Texas, Midland/Odessa Division, received jurisdiction from the District of New Mexico. New docket number assigned as 7:23-CR-00185-001.

**PETITIONING THE COURT**

☒  The issuance of a warrant
☐  The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "the defendant shall not commit another federal, state, or local crime" |
| 2 | "the defendant shall not leave the judicial district without the permission of the court or probation officer" |
| 3 | "the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer" |

On or about June 24, 2023, Winkler County Sheriff's Office deputies were patrolling North State Highway 18, north of the city of Kermit, Texas. Deputies observed a white truck traveling north bound passing vehicles, disregarding the no passing zone. Deputies initiated a traffic stop; however, the white truck began to travel at a high speed of rate. Deputies activated speed radar, which indicated the truck was traveling at 108 in a 60 mile per hour construction zone. After the truck failed to stop to the patrol emergency lights, siren, and spotlight, deputies from the Winkler County Sheriff's Office requested dispatch to advise the Jal, New Mexico Police Department for assistance, as the pursuit continued through state lines and entered to the state of New Mexico. It is important to note, during the pursuit, the vehicle had no regard to oncoming traffic and nearly stuck a vehicle head on. The pursuit continued through the City of Jal, New Mexico, until the truck pulled up to an RV park, where deputies conducted a high risk stop. The driver was identified as Mario Aldo Sauceda. Deputies detected a strong order of alcohol emitting from the offender's breath. Deputies released the offender to his girlfriend and advised the offender that a probable cause and compliant would be filed for the offense of Evading Arrest/Detention w/Vehicle. The offender failed to report this law enforcement contact within the required timeframe.

On September 14, 2023, a warrant for Evading Arrest/Detention With Vehicle, was issued out of Winkler County, for the offender's arrest.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.  (Maximum penalty:  3  years imprisonment;  Lifetime  supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

| Approved by: | Respectfully submitted by: |
|---|---|
| *signature* | *signature* |
| Tremane Peel | Luis Sandoval |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| Telephone: (432) 685-0327 | Telephone: (432) 686-4060 |
| | Date:   November 13, 2023 |

/ls

cc: Brandi Young, AUSA
    Brad Richards, ADCUSPO

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

_____
Honorable David Counts
U.S. District Judge

November 17, 2023
Date