# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | MO:23-CR-00185(1)-DC |
| | § | |
| (1) MARIO ALDO SAUCEDA | § | |

## ORDER RESETTING FINAL REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **FINAL REVOCATION HEARING** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Thursday, May 02, 2024 at 10:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 24th day of April, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE